Robert H. Tyler, Esq. CA Bar No. 179572
btyler@faith-freedom.com
Mariah Gondeiro, Esq. CA Bar No. 323683
mgondeiro@faith-freedom.com
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Telephone: (951) 600-2733
Facsimile:  (951) 600-4996

Daniel R. Suhr (*Pro Hac Vice to be filed*)
dsuhr@libertyjusticecenter.org
Reilly Stephens (*Pro Hac Vice to be filed*)
rstephens@libertyjusticecenter.org
Liberty Justice Center
440 N. Wells Street, Suite 200
Chicago, Illinois 60604
Phone: 312-637-2280
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCDONALD AND JEFF BARKE,<br><br>Plaintiff,<br><br>v.<br><br>KRISTINA D. LAWSON, *in her official capacity as President of the Medical Board of California*; RANDY W. HAWKINS, *in his official capacity as Vice President of the Medical Board of California*; LAURIE ROSE LUBIANO, *in her official capacity as Secretary of the Medical Board of California*; MICHELLE ANNE BHOLAT, DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, ASIF MAHMOOD, NICOLE A. JEONG, RICHARD E. THORP, VELING TSAI, and ESERICK WATKINS, *in their official capacities as members of the Medical Board of California*; and ROBERT BONTA, *in his official capacity at Attorney General of California*,<br><br>Defendants. | Case No. 8:22-cv-01805-FWS (ADSx)<br><br>ERRATA<br><br>**DECLARATION OF MARK MCDONALD, M.D.** |

Case No. _____ 1

DECLARATION OF MARK MCDONALD, M.D.

Pursuant to 28 U.S.C. § 1746, Mark McDonald declares as follows:

1. I am over 18 years of age, am a Plaintiff in this lawsuit, and have personal knowledge of the facts described herein.

2. I am a psychiatrist licensed in the State of California and operate a psychiatry practice in the Los Angles area specializing in the treatment of children with mental health problems.

3. I am a graduate of the University of California, Berkley, and the Medical College of Wisconsin.

4. After graduating from medical school in 2007, I completed a residency in adult psychiatry at the University of Cincinnati and a fellowship in adolescent psychiatry at the University of California, Los Angeles.

5. I am board certified in both adult and adolescent psychiatry.

6. Over the course of the COVID-19 pandemic, I became increasingly concerned about the public health response to COVID-19, and feared official public health guidance held the potential to cause harm.

7. These concerns caused me to become outspoken, as both a citizen and a medical professional, about the flaws I see in the public health response to the COVID-19 pandemic.

8. In particular, my expertise in adolescent mental health caused me to be concerned about the potential harm to children that school closures and mandatory mask-wearing policies could have on young people.

9. I objected that isolating children, and requiring them to wear masks, was not justified by the available scientific evidence, particularly since it is widely agreed that otherwise healthy children were at very low risk of either contracting or spreading COVID-19.

10. I likewise objected to the broader use of mandatory masking for the adult population, pointing out the lack of evidence that otherwise-healthy adults would benefit from such face coverings.

11. I have also supported the use of medications such as ivermectin and hydroxychloroquine as options to treat COVID-19, pre-existing drugs long approved as safe and effective by the Food and Drug Administration. I have reviewed many studies on these drugs and find that the evidence supports their use to treat the disease.

12. I have also raised concerns about the new vaccines developed to combat COVID-19, given the lack of evidence that these brand-new drugs had been proven sufficiently safe and effective to be recommended, and in many cases mandated, for essentially the entire American public.

13. I have advocated publicly about these and other objections to federal and state COVID-19 policies, including on social media, in various media interviews, and in my own published writing.

14. My advocacy on these issues has brought me under the scrutiny of the Medical Board of California.

15. In December 2021, I received a letter from the Board informing me of a complaint filed against me by "your patient, N/A." According to the Board, the anonymous complainant alleged my "posts on Twitter/Facebook about masks were flagged for spreading misinformation about Covid and using derogatory terms for disabled people. Alleges [McDonald] spreading misinformation about Covid."

16. I responded by letter that I had never treated a patient named "N/A," and denied that I had offered medical opinions to the public that included inaccurate information.

17. In my prior interactions with the Board, the fact that the complaint was not made by an actual named patient of mine would have ended the matter, as the purpose of such complaints is to protect patients personally subjected to unprofessional conduct. However, the Board did not close the matter, instead responding in January, 2022 with a request for "[a] response to the allegation that you are promoting the use of Ivermectin to cure COVID on Twitter."

18. I again responded to this inquiry by letter, stating that it is my practice to advocate for medical treatments that have the strongest empirical evidence to support their efficacy and safety. My response then linked to a database of studies that supported the use of various medications to treat COVID-19, including ivermectin, vitamin D, zinc, hydroxychloroquine, and aspirin.

19. Rather than closing the matter, the Board appears to be proceeding with an investigation based on the anonymous complaint, with an investigator emailing me on August 30 requesting an interview, which is expected to take place in the coming months.

20. Outside of this current investigation by the Board, I have never been disciplined by any medical regulatory authority, had my medical license suspended, or had a complaint against me sustained for unprofessional conduct.

21. I fear the Board's unprecedent pursuit of me based on an anonymous complaint about my social media activity demonstrates the intent of the Board to use the power granted to them by the State of California to punish doctors like me for speech.

22. I believe that AB 2098 intrudes into the privacy of the doctor-patient relationship, replacing the medical judgment of the government for that of licensed professionals like myself, and chilling the speech of those who dissent from the official view.

23. I believe that AB 2098's codification of an official "scientific consensus," is at odds with the progress of science itself, which requires that conventional views be challenged by new theories, and that dissenters air their views for comment and criticism.

24. I believe AB 2098 is also at odds with the responsible practice of medicine, which requires that doctors employ individualized professional judgment as to the best course of treatment for each individual patient, rather than following official guidance to the letter in all cases.

25. I believe the goal of AB 2098 is to chill speech—in particular the speech of doctors like me who make a different assessment of the available evidence than the State of California.

26. As a medical professional, I feel it is my professional duty to continue to provide my patients with medically sound advice in my counseling sessions, but if subject to AB 2098 I will be forced to choose between providing my best medical judgment and censoring that judgment to comply with the law, because of my well-founded fear that the Board will use this new authority to threaten my medical license.

27. I am attaching to this declaration true and correct copies of the documents in my possession cited above: the letter from the Board, my letter back, their response letter, my letter back, and the email from a board investigator requesting an interview.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed on September 30 , 2022.

_____
Dr. Mark McDonald, M.D.

Case No.                                    4

DECLARATION OF MARK MCDONALD, M.D.

# Exhibit A



**MEDICAL BOARD OF CALIFORNIA**

Protecting consumers by advancing high quality, safe medical care.

Enforcement Program
2005 Evergreen Street, Suite 1200
Sacramento, CA 95815-5401
Phone: (916) 263-2528
Fax: (916) 263-2435
www.mbc.ca.gov

Gavin Newsom, Governor, State of California | Business, Consumer Services and Housing Agency | Department of Consumer Affairs

December 13, 2021

Mark Robert McDonald, M.D.
11500 W. Olympic Blvd., Ste 426
Los Angeles, CA 90064

Re:         N/A

Control #:  8002021080098

Dear Dr. McDonald:

The Medical Board of California (Board) is in receipt of a complaint regarding your patient, N/A. Pursuant to Section 800(c) of the Business and Professions Code, we are providing a summary of the complaint filed against you.

The complaint alleges the following: Respondent's posts on Twitter/Facebook about masks were flagged for spreading misinformation about Covid and using derogatory terms for disabled people. Alleges respondent spreading misinformation about Covid.

Pursuant to Section 2220.08(a)(2)(B) of the Business and Professions Code, the Board is required to provide you with an opportunity to respond to the allegations noted above. The Medical Board of California is requesting your written response to this complaint, or confirmation of compliance, by January 3, 2022. When responding, please refer to the "Control Number" above. If no response is received and it is confirmed that a violation of the law has occurred, further action could be taken by this agency.

Thank you for your cooperation.

Sincerely,

*Jackie Byrnes*

Jackie Byrnes
Staff Services Analyst
Jackie.Byrnes@mbc.ca.gov

Mark McDonald, M.D.
11500 W Olympic Blvd Suite 426  Los Angeles, CA 90064
310-954-9565 p    310-807-4360 f


Medical Board of California
Attention Jackie Byrnes
Staff Services Analyst
jackie.byrnes@mbc.ca.gov

December 29, 2021

Regarding control number 8002021080098

I do not have any patient record for a patient with name of "N/A."

I deny having offered medical opinions to the public that have included any inaccurate information regarding the Wuhan virus, the use of masks, or handicapped people.

Sincerely,

*McDonald*

Mark McDonald, M.D.



**Enforcement Program**
2005 Evergreen Street, Suite 1200
Sacramento, CA 95815-5401
Phone: (916) 263-2528
Fax: (916) 263-2435
www.mbc.ca.gov

Gavin Newsom, Governor, State of California | Business, Consumer Services and Housing Agency | Department of Consumer Affairs

January 20, 2022

Mark Robert McDonald, M.D.
11500 W. Olympic Blvd., Suite 426
Los Angeles, CA 90064

Control #:   8002021080098

Dear Dr. McDonald:

We have reviewed your complaint and need to contact you for additional information.

We request the following information:   A response to the allegation that you are promoting the use of Ivermectin to cure COVID on Twitter.

We would very much appreciate receiving your response by **February 7, 2021**.  Please refer to the "Control Number" above when replying.

Sincerely,

*Jackie Byrnes*

Jackie Byrnes
Staff Services Analyst
Jackie.Byrnes@mbc.ca.gov

CPL7-(Rev 01-2019)

Mark McDonald, M.D.
11500 W Olympic Blvd Suite 426  Los Angeles, CA 90064
310-954-9565 p    310-807-4360 f


Medical Board of California
Attention Jackie Byrnes
Staff Services Analyst
jackie.byrnes@mbc.ca.gov

January 31, 2022

Regarding control number 8002021080098

In response to your letter dated January 20, 2022 requesting further information, it is my practice when advocating treatments for medical illness that I first recommend those which have the strongest empirical evidence of support for efficacy and safety. As this robust database compilation of 1,366 studies shows (https://c19early.com), the most effective (and safe) early treatment options for the Wuhan virus include quercetin, ivermectin, povidone-iodine, vitamin D, zinc, fluvoxamine, hydroxychloroquine, N-acetylcysteine, and aspirin. Therefore, based on both safety and efficacy (as well as cost and availability), I recommend all those medications and supplements for the early treatment of infection from the Wuhan virus.

Sincerely,

*[signature]*

Mark McDonald, M.D.



**Enforcement Program**
2005 Evergreen Street, Suite 1200
Sacramento, CA 95815-5401
Phone: (916) 263-2528
Fax: (916) 263-2435
www.mbc.ca.gov

Gavin Newsom, Governor, State of California | Business, Consumer Services and Housing Agency | Department of Consumer Affairs

### PERSONAL AND CONFIDENTIAL

September 21, 2022

Mark Robert McDonald, MD
11500 W. Olympic Blvd., Suite 426
Los Angeles, CA 90064

Re:  800(c) Business and Professions Code – Request for Complaint Information
**Mark Robert McDonald, MD**                  Control #: **8002021080098**

Dear Dr. McDonald:

The Medical Board of California is in receipt of your request for complaint information pursuant to Business and Professions Code Section 800(c). Please be advised that a summary of this complaint was provided in letters dated December 13, 2021 and January 20, 2022, copies of which are enclosed. Currently, there is no additional public information available.

Please let me know if I can be of further assistance.

Sincerely,

Ramona Carrasco
Staff Services Manager I
(916) 263-2452

Enclosures

SFL4 (Rev 01-2019)

# Reilly Stephens

| | |
|---|---|
| **From:** | Mark McDonald <mcmark@earthlink.net> |
| **Sent:** | Tuesday, September 27, 2022 2:45 PM |
| **To:** | Kristen Williamson; Reilly Stephens |
| **Subject:** | Fwd: Medical Board of California Investigation 800-2021-080098 |

Begin forwarded message:

**From:** "Lopez, Jesse@MBC" <Jesse.Lopez@mbc.ca.gov>
**Subject: Medical Board of California Investigation 800-2021-080098**
**Date:** August 30, 2022 at 11:43:04 AM PDT
**To:** "MCMARK@EARTHLINK.NET" <MCMARK@EARTHLINK.NET>

Good morning Dr. McDonald:

I have been actively investigating a complaint brought forth against you on behalf of the Medical Board of California. I am at the point where I would like to interview you to address the complaint. I will be sending over some date options for you. Please let me know if you have any questions.

Best regards,

**Jesse Lopez**
**Investigator #265**
Department of Consumer Affairs
Division of Investigation-Health Quality Investigation Unit
P: 909-421-5836 C: 626-826-8376



**\*\*\* Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. **\*\*\***