Robert H. Tyler, Esq. CA Bar No. 179572
btyler@faith-freedom.com
Mariah Gondeiro, Esq. CA Bar No. 323683
mgondeiro@faith-freedom.com
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Telephone: (951) 600-2733
Facsimile: (951) 600-4996

Daniel R. Suhr (*Pro Hac Vice filed*)
dsuhr@libertyjusticecenter.org
Reilly Stephens (*Pro Hac Vice*)
rstephens@libertyjusticecenter.org
Liberty Justice Center
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
Phone: 312-637-2280
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCDONALD AND JEFF BARKE,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTINA D. LAWSON, *in her official capacity as President of the Medical Board of California*; RANDY W. HAWKINS, *in his official capacity as Vice President of the Medical Board of California*; LAURIE ROSE LUBIANO, *in her official capacity as Secretary of the Medical Board of California*; MICHELLE ANNE BHOLAT, DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, ASIF MAHMOOD, NICOLE A. JEONG, RICHARD E. THORP, VELING TSAI, and ESERICK WATKINS, *in their official capacities as members of the Medical Board of California*; and ROBERT BONTA, *in his official capacity at Attorney General of California*,<br><br>Defendants. | Case No. 8:22-cv-01805-FWS-ADS<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE OPPOSITION TO THE MCCRAY MOTION TO INTERVENE**<br><br>DATE: Novemeber 17, 2022<br>TIME: 10:00 A.M.<br>JUDGE: Hon. Fred W. Slaughter<br>CTRM: 10D |

1  Plaintiffs Mark McDonald and Jeff Barke hereby move the court for leave to file their
2  attached opposition to the Motion to Intervene filed by Emanuel McCray, which this Court
3  has set to be heard on Novemeber 17, 2022, the same day as the hearing for Plaintiffs'
4  Motion for Preliminary Injunction. Plaintiffs request leave to file this opposition because
5  under the local rules oppositions are normally due 21 days prior to the hearing date, and
6  they believe the special circumstances here justify permitting this filing 14 days out.

7  Under Local Rule 7-9, oppositions to most motions are due 21 days prior to the
8  scheduling hearing date. However, this deadline is set in the context of a broader scheme
9  by which a notice of motion must be filed and served a minimum of 28 days prior to the
10 proposed hearing date. *See* Local Rule 6-1. McCray does not appear to ever have filed a
11 notice of motion, and his Motion as filed does not specify any hearing date. On October 24,
12 2022 this Court set the Motion to Intervene to be heard at the already scheduled
13 preliminary injunction hearing on November 17, 2022. Plaintiffs feel it was sensible to
14 conserve the resources of the Court and the parties by hearing both motions on Novemeber
15 17, however this left only three days to meet the usual 21 day deadline to oppose the
16 motion.

17 Plaintiffs therefore ask this Court's indulgence in filing this opposition 14 days prior the
18 hearing, which is the normal deadline for a reply in support of a Motion. *See* Local Rule 7-
19 10.

20 Dated: Novemebr 3, 2022

21 Respectfully submitted,

22 /s/ Daniel R. Suhr
   Daniel R. Suhr (*Pro Hac Vice to be filed*)
23 dsuhr@libertyjusticecenter.org
   Reilly Stephens *(Pro Hac Vice)*
24 rstephens@libertyjusticecenter.org
25 Liberty Justice Center
   440 N. Wells Street, Suite 200
26 Chicago, Illinois 60654
   Phone: 312-637-2280
27
28 Robert H. Tyler, Esq. CA Bar No. 179572

btyler@faith-freedom.com
Mariah Gondeiro, Esq. CA Bar No. 323683
mgondeiro@faith-freedom.com
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
Telephone: 951) 600-2733
Facsimile: (951) 600-4996

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I electronically filed the forgoing Motion for Leave with the Clerk of the Court for the United States Court of District Court for the Central District of California using the CM/ECF system. Defendants in this case have counsel who have appeared and will be served by ECF. Intervenor Emmanuel McCray is proceeding pro se, and is being served by email the evening of November 3, 2022 and will receive physical service by mail at the below address.

Emanuel McCray
2700 Caples Street
P.O. Box 3134
Vancouver, WA 98668

s/ Daniel R. Suhr
November 3, 2022
