# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCDONALD and JEFF BARKE,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>KRISTINA D. LAWSON, *in her official capacity as President of the Medical Board of California*; RANDY W. HAWKINS, *in his official capacity as Vice President of the Medical Board of California*; LAURIE ROSE LUBIANO, *in her official capacity as Secretary of the Medical Board of California*; MICHELLE ANNE BHOLAT, DAVID E. RYU, RYAN BROOKS, JAMES M. HEALZER, ASIF MAHMOOD, NICOLE A. JEONG, RICHARD E. THORP, VELING TSAI, and ESERICK WATKINS, *in their official capacities as members of the Medical Board of California*; and ROBERT BONTA, *in his official capacity as Attorney General of California*,<br><br>　　　　　　Defendants. | Case No. 8:22-cv-01805-FWS-ADS<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF AMICI CURIAE AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA AND AMERICAN CIVIL LIBERTIES UNION OF SOUTHERN CALIFORNIA FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:　　Hon. Fred W. Slaughter<br>Date:　　November 17, 2022<br>Time:　　10:00 A.M.<br>Courtroom:　10D |

The Court, having considered the Application of American Civil Liberties Union of Northern California and American Civil Liberties Union of Southern California, for Leave to File an *Amici Curiae* Brief and related documents, and good cause appearing therefor, it is hereby Ordered that the application is GRANTED and the *Amici Curiae* Brief is deemed filed.

Dated: _____

_____
The Honorable Fred W. Slaughter