UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 22-01805-FWS (ADSx) | Date | November 17, 2022 |
|---|---|---|---|
| Title | Mark McDonald et al v. Kristina D. Lawson, et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Elsa Vargas for Melissa H. Kunig | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:         ATTORNEYS PRESENT FOR DEFENDANT:

Daniel Suhr                                                              Kristin Liska
                                                                                   Christina Goot

**PROCEEDINGS: PLAINTIFF'S MOTION FOR PRELIMINARY INJUCTION re CA ASSEMBLY BILL 2098 [35]; EMANUEL McCRAY'S MOTION TO INTERVENE RULE 24 [45]**

    Motion hearing held on Zoom.   The court and counsel confer regarding the motions.   The court takes the matters under submission.   Order to issue.

                                                                                                         00  :  18

                                                              Initials of Deputy Clerk   eva/mku

CC: