---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:22-cv-01805-FWS-ADS     Date: December 9, 2022
Title: Mark McDonald *et al.* v. Kristina D. Lawson *et al.*

---

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING REQUEST FOR ACCELERATED HEARING ON MOTION FOR PRELIMINARY INJUNCTION [71]**

The court has received and reviewed Plaintiffs' Motion and Request for Accelerated Hearing on Motion for Preliminary Injunction and supporting materials (Dkt. 71) (collectively, the "Request"). The court notes that Defendant have not filed an opposition as of the filing of this Order. (*See generally* Dkt.)

Having reviewed the Request, the files and records of the case, and the applicable law, the court finds good cause to expedite the hearing on Plaintiffs' Second Motion for Preliminary Injunction, particularly in light of the facts that (1) the parties have previously briefed the merits of AB 2098's constitutionality, as challenged in Plaintiffs' Second Motion for Preliminary Injunction; and (2) AB 2098 is scheduled to become effective on January 1, 2023. *See MG Pharmacy LLC v. Cardinal Health 110 LLC*, 2021 WL 6845294, at *1 (D. Ariz. Oct. 15, 2021) (exercising court's "discretion to expedite briefing and advance a hearing on [p]laintiff's request for a preliminary injunction"). Therefore, the Request is **GRANTED**. Accordingly, the court **DEEMS AS FILED** Plaintiff's Second Motion for Preliminary Injunction (Dkt. 71) and sets this matter for hearing **on December 16, 2022, at 10:00 a.m. in Courtroom 10D. This hearing shall proceed in person as to all parties.** *See Bias v. Moynihan*, 508 F.3d 1212, 1223 (9th Cir. 2007) (stating "[t]he 'district court has considerable latitude in managing the parties' motion practice and enforcing local rules'" and "[b]road deference is given to a district court's

---

___

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.: 8:22-cv-01805-FWS-ADS | Date: December 9, 2022 |
| Title: Mark McDonald *et al.* v. Kristina D. Lawson *et al.* | |

interpretation of its local rules") (citing *Christian v. Mattel, Inc.*, 286 F.3d 1118, 1129 (9th Cir. 2002)).

    Defendants may file an opposition to Plaintiffs' Second Motion for Preliminary Injunction **on or before 12:00 p.m. on December 13, 2022**; Plaintiffs may file a reply thereto **on or before 12:00 p.m. on December 14, 2022**.

    **IT IS SO ORDERED.**

___