**FILED**

FEB 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARK MCDONALD; JEFF BARKE, | No.   22-56220 |
| Plaintiffs-Appellants, | D.C. No. 8:22-cv-01805-FWS-ADS Central District of California, Santa Ana |
| v. | |
| KRISTINA D. LAWSON, in her official capacity as President of the Medical Board of California; et al., | ORDER |
| Defendants-Appellees, | |
| ———————————————— | |
| LETRINH HOANG, D.O.; et al., | |
| Intervenors-Pending. | |

| | |
|---|---|
| MICHAEL COURIS; MICHAEL FITZGIBBONS, | No.   23-55069 |
| Plaintiffs-Appellants, | D.C. No. 3:22-cv-01922-RSH-JLB |
| v. | |
| KRISTINA D. LAWSON, in her official capacity as President of the Medical Board of California; et al., | |
| Defendants-Appellees, | |
| ———————————————— | |
| LETRINH HOANG, D.O.; et al., | |
| Intervenors-Pending. | |

AC/MOATT

2

Before:  M. SMITH and BRESS, Circuit Judges.

The motion to intervene (Docket Entry No. 32) is denied.

The existing briefing schedule remains in effect.

AC/MOATT                                                       2