_____

| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |
|---|---|

# CIVIL MINUTES – GENERAL

Case No. 8:22-cv-01805-FWS-ADS                                                    Date: March 26, 2024
Title: Mark McDonald *et al.* v. Kristina D. Lawson *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                        Attorneys Present for Defendants:

Not Present                                                          Not Present

**PROCEEDINGS: ORDER DISMISSING CASE AS MOOT**

　　On February 29, 2024, the Ninth Circuit vacated the court's order denying Plaintiffs' motion for preliminary injunction and remanded with instructions for the court to dismiss the case as moot.  (Dkt. 98.); *see also McDonald v. Lawson*, 94 F.4th 864, 870 (9th Cir. 2024) ("Accordingly, we vacate the district court's judgment and remand with instructions for the district court to dismiss Case Nos. 8:22-cv-01085 FWS-ADS and 3:22-cv-01922 RSH-JLB as moot.").  On March 22, 2024, the Ninth Circuit's mandate issued.  (Dkt. 99.)  Accordingly, this case is **DISMISSED AS MOOT**.  The clerk is **respectfully directed to close the case file**.

　　**IT IS SO ORDERED.**